1

2

3

4

5                  UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF WASHINGTON
6

7  NORTHWEST ROOFERS AND
   EMPLOYERS HEALTH AND                NO:  2:14-CV-348-RMP
8  SECURITY TRUST FUND;
   SPOKANE AREA ROOFERS JOINT          ORDER OF DISMISSAL WITH
9  APPRENTICESHIP AND TRAINING         PREJUDICE
   TRUST FUND; and NATIONAL
10 ROOFING INDUSTRY PENSION
   PLAN,
11
                      Plaintiffs,
12
        v.
13
   PRO ROOFING, INC., a Washington
14 corporation,

15                    Defendant.

16

17     **BEFORE** the Court is Plaintiffs' Stipulation of Dismissal, ECF No. 24.

18 Having reviewed the Stipulation and the file and pleadings therein, the Court finds

19 good cause to approve dismissal.  Accordingly, **IT IS HEREBY ORDERED:**

20

21


ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1.  Plaintiffs' Stipulation of Dismissal, **ECF No. 24**, is **APPROVED**.

    Plaintiffs' Complaint is dismissed with prejudice and without costs to any

    party.

2.  All pending motions, if any, are **DENIED AS MOOT**.

3.  All scheduled court hearings, if any, are **STRICKEN**.

The District Court Clerk is directed to enter this Order, provide copies to

counsel, and **close this case**.

**DATED** this 4th day of January 2016.


                                     *s/ Rosanna Malouf Peterson*
                                    ROSANNA MALOUF PETERSON
                                    Chief United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2